IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHIRLEY FRANCIS, Individually and as Administrator of the Estate of GERRIT PERKINS, and BRIDGET NERIZ, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-14-2943 |
| HARRIS COUNTY, SHERIFF ADRIAN GARCIA, in His Official Capacity, DEPUTY CHARLES M. GBUNBLEE, Individually and in His Official Capacity, and DEPUTY B. REYES, Individually and in His Official Capacity, | § § § § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order granting Defendants' Motion for Summary Judgment, this action is **DISMISSED with prejudice**.

Costs are taxed against the plaintiffs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, this 10th day of November, 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE